# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN FREELOVE,
                Appellant,

vs.

LYNSEY FREELOVE,
                Respondent.

No. 80642

**FILED**

MAR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to relocate and modify child custody and modifying visitation. Second Judicial District Court, Washoe County; Bridget E. Robb, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The order on the hearing was entered on October 2, 2019; written notice of entry was served electronically on counsel on October 4, 2019. The notice of appeal was not filed until February 18, 2020, well beyond the 30 days provided in NRAP 4(a)(1). This court lacks jurisdiction, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-10114

cc: Hon. Bridget E. Robb, District Judge
Justin Freelove
Anderson Keuscher, PLLC
Washoe District Court Clerk